BANCO MASÓNICO DE PUERTO RICO, demandante y apelado, *v.* HERACLIO LÓPEZ & COMPAÑÍA, RICARDA G. DE LÓPEZ y HERACLIO LÓPEZ, demandados y apelantes.

No. 4567.—*Visto:* Abril 30, 1928. *Resuelto:* Mayo 10, 1928.

*Juan B. Soto* y *C. Pesquera,* abogados de los apelantes; *E. Campos del Toro,* abogado del apelado.

EL JUEZ PRESIDENTE SEÑOR DEL TORO, emitió la opinión del tribunal.

La parte apelada solicita la desestimación de esta apela-

ción por frívola. La parte apelante no presentó oposición por escrito. Compareció a la vista por su abogado, limitándose a expresar que creía que existía una meritoria cuestión de derecho envuelta pero sin expresar cuál fuera.

De la moción y de los documentos acompañados a la misma aparece que el Banco Masónico demandó a Heraclio López y Ca., Ricarda G. de López y Heraclio López en cobro de seiscientos dólares. Se acompañó a la demanda copia del pagaré firmado por los demandados a favor del demandante. Los demandados alegaron por vía de excepción previa que la demanda no aducía hechos suficientes para constituir una causa de acción. Señalada la vista del pleito para febrero último, comparecieron ambas partes. La demandante practicó su prueba consistente en la presentación del documento original y en la declaración de un testigo. Los demandados presentaron una moción de *nonsuit* y manifestaron que no tenían prueba alguna que aducir. La corte el mismo día del juicio dictó sentencia concediendo lo pedido en la demanda. Y los demandados, el 30 de marzo último, interpusieron la presente apelación.

Se trata de una demanda corriente en cobro de una deuda hecha constar en un pagaré. El demandante es una institución bancaria que funciona en esta ciudad de acuerdo con la ley. Alegó y probó que era el tenedor del pagaré de que se trata, suscrito y entregado por los demandados, vencido y no pagado en todo ni en parte. Por el pagaré los demandados se comprometieron solidariamente a pagar al Banco, en su oficina, el 23 de mayo de 1927, la suma de seiscientos dólares, intereses al doce por ciento anual y las costas y honorarios de abogado en caso de reclamación judicial. La demanda se presentó en septiembre de 1927.

Es pues, enteramente claro que se trata de una apelación frívola, y en tal virtud debe *declararse con lugar la moción* de la parte apelada.